Peter Strojnik,
7847 N. Central Avenue
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

FILED
JUN 03 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Peter Strojnik,

    Plaintiff,

vs.

JMA Ventures, LLC, Inc. dba Dolce Hayes Mansion San Jose,

    Defendant.

Case No: 5:19-cv-01876 SVK

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that above parties have settled this matter. Closing papers are expected to be submitted shortly.

RESPECTFULLY SUBMITTED this 30th day of May, 2019.

**PETER STROJNIK**

_____
Plaintiff