Peter Strojnik,
7847 N. Central Avenue
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 5:19-cv-01876-SVK

Peter Strojnik,

    Plaintiff,

vs.

JMA Ventures, LLC, Inc. dba Dolce Hayes Mansion San Jose,

    Defendant.

**NOTICE OF DISMISSAL WITH PREJUDICE**

Please take notice that Plaintiff dismisses the above cause **with prejudice**.

RESPECTFULLY SUBMITTED this 26th day of June, 2019.

PETER STROJNIK

_____
Plaintiff